IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENE ELGERY HICKS,                    1:06-CV-0716 AWI LJO HC

                Petitioner,

        vs.                           ORDER DENYING MOTION TO
                                      PROCEED IN FORMA PAUPERIS

JUAN SALAZAR, Warden,

                Respondent.           (DOCUMENT #2)
_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

        On June 8, 2006, Petitioner filed an Application to Proceed In Forma Pauperis and a certified

copy of his prison trust account statement.   Examination of these documents reveals that Petitioner

is able to afford the costs of this action.  Specifically, six months prior to filing,  Petitioner has had

an average balance of at least $98.37 in his account.  His current balance is $96.73.

        Accordingly, the motion to proceed in forma pauperis is DENIED.  See 28 U.S.C. § 1915.

Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30) days of the date of

service of this order.  Failure to follow this order may result in a recommendation that the Petition be

dismissed pursuant to Local Rule 11-110.


IT IS SO ORDERED.

**Dated:    June 27, 2006**                    _____**/s/ Anthony W. Ishii**_____
0m8i78                                         UNITED STATES DISTRICT JUDGE