# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE ELGERY HICKS, ) | 1:06-CV-00716 AWI LJO HC |
| Petitioner, ) | |
| v. ) | ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE |
| JUAN SALAZAR, Warden, ) | |
| Respondent. ) | |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On August 17, 2006, the undersigned issued a Findings and Recommendation which recommended dismissal of the action for Petitioner's failure to comply with a court order. Specifically, Petitioner failed to pay the five dollar ($5.00) filing fee as ordered by the District Court on June 27, 2006. On September 1, 2006, Petitioner filed objections to the Findings and Recommendation. Petitioner requests the Court assess an initial partial filing fee pursuant to 28 U.S.C. § 1915 or thirty (30) days additional time to pay the filing fee. According to § 1915(b)(1), the Court may assess an initial partial filing fee of 20 percent of the greater of the average monthly deposits to the prisoner's trust account or the average monthly balance in the prisoner's account for the six months prior to filing. Under either computation, the initial partial filing fee would greatly

1  exceed the five dollar filing fee. Therefore, Petitioner's request for a partial filing fee is denied.

2  However, Petitioner is GRANTED an extension of time of thirty (30) days from the date of
3  service of this order to pay the five dollar ($5.00) filing fee. Failure to do so will result in submission
4  of the Findings and Recommendation to the District Judge.

5  IT IS SO ORDERED.

6  **Dated:   September 6, 2006**              /s/ Lawrence J. O'Neill
   23ehd0                                      UNITED STATES MAGISTRATE JUDGE