UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE ELGERY HICKS, | 1:06-CV-00716 AWI LJO HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| | [Doc. #6] |
| v. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| JUAN SALAZAR, Warden, | |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 17, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for Petitioner's failure to comply with a court order. Specifically, Petitioner failed to pay the filing fee within the thirty (30) days allotted by the District Court on June 27, 2006. Petitioner filed objections to the Findings and Recommendation requesting additional time to comply. Therefore, on September 7, 2006, the Magistrate Judge granted Petitioner an additional thirty (30) days to comply. Petitioner was forewarned that failure to comply would result in dismissal. Nevertheless, over thirty (30) days have

1  since passed and Petitioner has not complied or otherwise responded to the order.

2  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de
3  novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
4  and Recommendation is supported by the record and proper analysis.

5  Accordingly, IT IS HEREBY ORDERED that:

6  1. The Findings and Recommendation issued August 17, 2006, is ADOPTED IN FULL;

7  2. The petition for writ of habeas corpus is DISMISSED without prejudice; and

8  3. The Clerk of the Court is DIRECTED to enter judgment.

10  IT IS SO ORDERED.

11  **Dated:    November 19, 2006**          /s/ Anthony W. Ishii
    0m8i78                                   UNITED STATES DISTRICT JUDGE